**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 12, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00365-CR

_____

**JOHATHAN CORDERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. 22DCR0361**

## MEMORANDUM OPINION

Appellant Johathan Cordero has signed and filed a written request to dismiss his appeal.[1] *See* Tex. R. App. P. 42.2. Because this court has not delivered an

_____

[1] We note that the documents attached to the notice of appeal suggest that (1) appellant pleaded guilty and was placed on deferred adjudication community supervision and (2) the trial court's certification of defendant's right of appeal states that appellant has no right of appeal.

opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)

---

While no clerk's record was filed and the attachments are not part of the appellate record, were we to have these documents in the appellate record we would dismiss for lack of jurisdiction.